UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY SAPP | ) | CASE NO. 1:07 CV 1316 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE CO. | ) | **STIPULATION FOR** |
| | ) | **DISMISSAL AND** |
| Defendant | ) | **JUDGMENT ENTRY** |

We, the attorneys for the respective parties, do hereby stipulate that this action is hereby dismissed with prejudice as to all claims, each party to pay their own costs and attorney fees, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

9/07/07 - IT IS SO ORDERED
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
STEPHEN S. VANEK (0059150)
FRIEDMAN, DOMIANO & SMITH CO.
 L.P.A.
55 Public Square, Suite 1055
Cleveland, Ohio 44113-1901
(216) 621-0070
Fax (216) 621-4008
E-mail: stephenvanek@fdslaw.com
Attorney for Plaintiff

_____
RICHARD D. SWEEBE (0021918)
ULMER & BERNE LLP
1300 East Ninth Street, Suite 900
Cleveland, Ohio 44114
(216) 931-6000
Fax: (216) 931-6123
rsweebe@ulmer.com
Attorney for Defendant

IT IS SO ORDERED.

_____
JUDGE

6691-108/1657506